

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2022

No. 04-22-00399-CV

**IN RE** Richard A. **GARCIA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Beth Watkins, Justice

On October 19, 2022, attorney Renée A. Yanta filed a motion to withdraw as counsel of record for relator Richard A. Garcia. The motion satisfies the requirements of Texas Rule of Appellate Procedure 6.5. *See* Tex. R. App. P. 6.5(d). Although the motion states counsel served real party in interest with a copy of the motion, real party has not objected or otherwise responded to the motion. Accordingly, we **GRANT** the motion and **ORDER** attorney Renée A. Yanta is withdrawn as counsel for relator Richard A. Garcia. We further **ORDER** the clerk of this court to update the court's records to show attorney Lorien Whyte as lead counsel for relator Richard A. Garcia.

It is so **ORDERED** on October 31, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-12755, styled *Elizabeth J. Ranft-Garcia v. Richard A. Garcia*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.